**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**REBECCA MEADOR, on behalf of**
**herself and all others similarly situated,**

    **Plaintiff,**

**v.**                                                             **Case No:  2:12-cv-65-FtM-29SPC**

**MILLENIUM PHYSICIAN GROUP,**
**L.L.C., RIVERSIDE FAMILY**
**PRACTICE, P.A. and PETER**
**LAUTENBACH,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on Joint Notice of Settlement (Doc. #21) filed on October 9, 2012.  The parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.  <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1354-55 (11th Cir. 1982).   Therefore, the Court directs the Plaintiff to submit the settlement documents for review attached to a Motion for Approval of an FLSA Settlement Agreement.

    Accordingly, it is now

    **ORDERED:**

The Plaintiff Rebecca Meador is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(1) The Motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim.

(2) The Plaintiff shall provide the Court with said information in a motion on or before **October 23, 2012.**

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of October, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record